THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: November 12, 2019

Brett H. Ludwig
United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

---

In re:   STEPHANIE Y. BURGESS                     CHAPTER 13

                                                  Case No. 19-29382-BHL
Soc. Sec. No.    xxx-xx-7380

---

**ORDER FOR CHAPTER 13 PAYMENT BY DEBTOR**

---

To STEPHANIE Y. BURGESS the above named debtor(s):

IT IS ORDERED THAT:

1.  You shall pay the sum of **$330.00 Monthly** to the Chapter 13 Trustee within 30 days after you file your case (NOT 30 days after you receive this notice).

2.  Payment shall be made by money order, cashiers check, certified check or equivalent, and not by personal check or cash, and should be made payable to the Chapter 13 Trustee.  INCLUDE YOUR **NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE.  **PLEASE MAKE PAYABLE AND MAIL TO:**

**CHAPTER 13 TRUSTEE**
**P.O. BOX 730**
**MEMPHIS, TN 38101-0730**

**or to pay electronically go to https://tfsbillpay.com**

3.  This Order supersedes any previous Order for payment in this case.

**Debtor(s):**
STEPHANIE Y. BURGESS
4323 N. 91ST ST.
MILWAUKEE, WI  53222

**Debtor(s) Attorney:**
ESSERLAW LLC
11805 WEST HAMPTON AVENUE
MILWAUKEEWI 53225-

Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344

Trustee Issued Date:  November 12, 2019

#####