UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

    STEPHANIE Y. BURGESS,                    Case No. 19-29382-bhl
                                                                            Chapter 13

            Debtor.

**NOTICE OF MOTION AND MOTION FOR RELIEF
FROM THE AUTOMATIC STAY AND ABANDONMENT**

      The City of Milwaukee, a creditor of the debtor, by its attorneys, Grant F. Langley, City Attorney, by Hannah R. Jahn, Assistant City Attorney, has filed with the Court requesting an order be entered by the United States Bankruptcy Court for the Eastern District of Wisconsin, granting the City of Milwaukee relief from the automatic stay imposed by 11 U.S.C. Sec. 362(a) and abandonment pursuant to 11 U.S.C. Sec. 554(b), on the grounds set forth in the motion attached hereto (the "Motion").

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the Court to enter an order granting the City of Milwaukee relief from the automatic stay imposed by 11 U.S.C. Sec. 362(a) and abandonment pursuant to 11 U.S.C. Sec. 554(b), on the grounds set forth in the Motion attached hereto or if you want the Court to consider your views on the Motion, then within fourteen (14) days of the date of this notice, you or your attorney must send a written objection and a request for a hearing to the Court, at the following address:

                                  Clerk, U.S. Bankruptcy Court

Eastern District of Wisconsin
U.S. Courthouse, Room 126
517 East Wisconsin Avenue
Milwaukee, WI 53202-4581

Such objection should briefly state the grounds for your objection.

If you mail your objection and request for a hearing to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

Hannah R. Jahn, Esq.
Assistant City Attorney
200 East Wells Street, Suite 800
Milwaukee, WI 53202

Additionally, you must attend the hearing on this matter, if any, that will be held at a date and time to be determined by the Court, notice of which will be sent to you.

If you or your attorney do not take these steps, the Court may determine that you do not oppose the relief sought in the attached Motion and may enter an order granting that relief.

Dated at Milwaukee, Wisconsin this 19th day of November, 2019.

GRANT F. LANGLEY
City Attorney

/s/HANNAH R. JAHN
Assistant City Attorney
State Bar No. 1088851
Attorneys for City of Milwaukee

1060-2019-2047 / 264784