UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In re: STEPHANIE Y. BURGESS,

                                                           Case No. 19-29382-bhl

Debtors.
_____

### CERTIFICATE OF SERVICE
_____

I hereby certify that on November 19, 2019, the **City of Milwaukee's Notice of Motion and Motion for Relief from the Automatic Stay and Abandonment** in this case was electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

    Office of the US Trustee
    Office of the Chapter 13 Trustee
    ESSERLAW, LLC

I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

    Stephanie Y. Burgess
    4323 N. 91st St.
    Milwaukee, WI 53222

Dated: November 19, 2019

                                              /s/ Hannah R. Jahn
                                              Assistant City Attorney
                                              Attorney for the City of Milwaukee
                                              800 City Hall
                                              200 East Wells Street
                                              Milwaukee, WI 53202
                                              Telephone: (414) 286-2601
                                              Fax: (414) 286-8550
                                              hjahn@milwaukee.gov